IN THE UNITED STATES DISTRICT COURT, COLORADO

Kenneth Leslie Caldwell
305 W. Magnolia St. PMB 348, Fort Collins, CO 80521
716-534-9868
2017emailforward@gmail.com

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2020

JEFFREY P. COLWELL
CLERK

| | | |
|---|---|---|
| Kenneth Leslie Caldwell, | ) | |
| Plaintiff. | ) | CASE # 19-cv-2278-KLM |
| vs. | ) | |
| USA, | ) | **MOTION TO SEAL DOCUMENTATION** |
| Defendant. | ) | **AND FOR PROTECTION AND RIGHTS** |

**MOTION**

1. I, Kenneth Leslie Caldwell, plaintiff, by FRCP 5.2, hereby motion for the courts to seal any documentation of this case if that documentation anywhere in it mentions anything about me getting raped or sexually assaulted, including but not limited to certifications, affidavits, declarations, and this very motion I submit, and, by FRCP 55, FRCP 56, FRCP 56(f)(1), FRCP 56(f)(2), and FRCP 56(f)(3), I also motion for protection, money, privileges, immunities, and rights to life, liberty, and property, because if I am without protection, money, and rights, I am unlawfully denied equal protection of laws and rights, pursuant to laws like 18 U.S.C. § 242, Deprivation of rights under color of law, especially since I have already submitted affidavits, certifications, and declarations.

2. I was advised by council court referred me to that I can refer back to work previously done.

Respectfully submitted,

*Kenneth Caldwell*

Kenneth Leslie Caldwell    6/18/2020

See Attached Notary
Acknowledgment Certificate

06-18-2020

Kenneth Leslie Caldwell
305 W. Magnolia St. # 348,
Fort Collins, CO 80521
716-534-9868
2017emailforward@gmail.com

# All-purpose Acknowledgment

STATE OF __Oregon__, COUNTY OF __Clackamas__

On __June 18th 2020__ before me, the undersigned, a Notary Public in and for said State, personally appeared __Kenneth Leslie Caldwell__

○ personally known to me  –OR–  ☒ proved to me on the basis of satisfactory evidence/ to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: *[signature]*

Name (type or printed): __Jair De Jesus Ramirez__

My commission expires: __March 29, 2021__

OFFICIAL STAMP
JAIR DE JESUS RAMIREZ
NOTARY PUBLIC - OREGON
COMMISSION NO. 960836
MY COMM. EXPIRES MARCH 29, 2021

(Seal)

HEL7494 (2-06 97916)

IN THE U.S. DISTRICT COURT, COLORADO

## CERTIFICATION

Case #19-cv-2278-KLM:

I hereby certify that I placed a copy of the MOTION TO SEAL DOCUMENTATION AND FOR PROTECTION AND RIGHTS into the mail system for delivery to:

U.S. Attorney's Office
1801 California St. #1600
Denver, CO 80202

and

Department of Justice
Office of U.S. Attorney General
950 Pennsylvania Ave. N.W.
Washington D.C. 20530

Signed: Kenneth Caldwell   Date: 3/18/2020

Kenneth Leslie Caldwell
305 W. Magnolia St. #348
Fort Collins, CO 80521
716-534-9868
2017emailforward@gmail.com

Kenneth Leslie Caldwell
305 W. Magnolia St. #348
Fort Collins, CO 80521

U.S. Clerk of Court
U.S. District Court of Colorado
901 19th St.
Denver, CO 80294

80294-25009

PORTLAND OR 972

Barn Swallow