**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 19-cv-02278-CMA-KLM

KENNETH LESLIE CALDWELL,

    Plaintiff,

v.

UNITED STATES of AMERICA,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 23, 2020 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

    This matter is before the Court on the Recommendation of United States Magistrate Judge filed on November 23, 2020 (Doc. # 40).  The Magistrate Judge recommends that Plaintiff's Motion for a Forced Expeditious Payment (Doc. # 23); Plaintiff's Emergency Document to Compel Action of Mandamus or Application for Writ of Execution (Doc. # 24), Plaintiff's Notice and Motion (Doc. # 25), the remainder of Plaintiff's Motion to Seal Documentation and for Protection and Rights (Doc. #32), and the remainder of Plaintiff's Motions for Judgment and Motion for Stipulation (Doc. # 37) be denied.  (Recommendation at 6.)

    The Recommendation advised the parties that specific written objections were due within 14 days after being served with a copy of the Recommendation. (Recommendation at 6-7.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Mix is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). Accordingly, it is hereby

ORDERED the Recommendation of United States Magistrate Judge Kristen L. Mix (Doc. # 40) filed November 23, 2020, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Motion for a Forced Expeditious Payment (Doc. # 23) is DENIED. It is

FURTHER ORDERED that Plaintiff's Emergency Document to Compel Action of Mandamus or Application for Writ of Execution (Doc. # 24) is DENIED. It is

FURTHER ORDERED that Plaintiff's Notice and Motion (Doc. # 25) is DENIED. It is

FURTHER ORDERED that the remainder of Plaintiff's Motion to Seal Documentation and for Protection and Rights (Doc. #32) is DENIED. It is

FURTHER ORDERED that the remainder of Plaintiff's Motions for Judgment and Motion for Stipulation (Doc. # 37) is DENIED.

DATED: December 21, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge